## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> NURSING HOME CARE MANAGEMENT INC. d/b/a PRESTIGE HOME CARE AGENCY, AND ALEXANDER DORFMAN, <br><br> Defendants. | Civil Action No. _____ <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Plaintiff") brings this action to enjoin Defendants Nursing Home Care Management Inc. d/b/a Prestige Home Care Agency and Alexander Dorfman (hereinafter collectively referred to as "Defendants,") from violating the provisions of Sections 6, 7, 11(c), 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*., hereinafter referred to as "the Act," and for a judgment against Defendants in the total amount of back wage compensation found by the Court to be due to any of the employees of Defendants pursuant to the Act and for an equal amount due to the employees of Defendants in liquidated damages.

1.      Jurisdiction of this action is conferred upon the Court by Section 17 of the Act, 29 U.S.C. § 217, and by 28 U.S.C. §§ 1331 and 1345.

2.      Defendant Nursing Home Care Management Inc. d/b/a Prestige Home Care Agency ("Prestige HCA") is a corporation duly formed under the laws of the Commonwealth of Pennsylvania. Defendant Prestige HCA's address and principal place of business is 10890

Bustleton Avenue, Philadelphia, Pennsylvania 19116, within the jurisdiction of this court. Prestige HCA is engaged in a domestic homecare business operating out of this same address, within the jurisdiction of this Court.

3.  Defendant Alexander Dorfman ("Dorfman") is the president and manager of Prestige HCA and resides in Bucks County, Pennsylvania, which is within the jurisdiction of this Court.  Dorfman has directed employment practices and has acted directly or indirectly in the interest of Prestige HCA in relation to its employees at all times relevant herein, including managing the daily operations of the business, setting policies, preparing and reviewing payroll, and managing employees.  Defendant Dorfman managed the employment of persons employed by Prestige HCA, acted directly and indirectly in company's interest in relation to the employees, and is an employer of said employees within the meaning of Section 3(d) of the Act.

4.  Defendants' business activities, as described herein, are and were related and performed through unified operation or common control for a common business purpose of providing in-home care to Prestige HCA's clients and constitute an enterprise within the meaning of Section 3(r) of the Act.

5.  Defendants employ persons in domestic service for profit, which affects commerce per Section 2(a)(5) of the Act. Defendants' employees provide in-home care services to Prestige HCA's clients.

6.  Defendants have employed and are employing employees in and about their place of business in the activities of an enterprise engaged in commerce or in the production of goods for commerce, including employees handling, selling, or otherwise working on products, goods or materials that have been moved in or produced for commerce, such as purchasing business supply products from out of state.  The enterprise has had an annual gross volume of sales made

or business done in an amount not less than $500,000.00.  Therefore, the employees are employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A) of the Act.

7.      Defendants willfully violated the provisions of Sections 6 and 15(a)(2) of the Act by paying certain employees employed as direct care workers ("DCWs") and administrative employees (collectively, "employees") in an enterprise engaged in commerce or in the production of goods for commerce at rates less than the applicable statutory minimum rate prescribed in Section 6 of the Act.  Therefore, Defendants are liable for unpaid minimum wages under Sections 16(c) and 17 of the Act.

8.      For example, during the time period from at least November 9, 2015 through at least November 4, 2018, Defendants failed to pay certain employees the statutory minimum wage for all hours worked. The minimum wage violations are the result of Prestige HCA's failure to compensate certain employees for travel time, which, at times lowered the employee's regular rate of pay below the statutory minimum wage during some workweeks. Defendants failed to compensate certain employees for travel time between patients' homes in the same workday, and for travel time between Prestige HCA's administrative office and patients' homes in the same workday. These certain employees traveled up to an hour or more, and this travel was performed in excess of forty (40) hours per workweek. This resulted in Defendants not paying employees the statutory minimum wage for hours worked.

9.      Defendants willfully violated the provisions of Sections 7 and 15(a)(2) of the Act by employing many of their employees in an enterprise engaged in commerce or in the production of goods for commerce for workweeks longer that those prescribed in Section 7 of the Act without compensating the employees for their employment in excess of the prescribed

hours at rates not less than one and one-half times the regular rates at which they were employed. Therefore, said Defendants are liable for the payment of unpaid overtime compensation under Sections 16(c) and 17 of the Act.

10.     For example, during the time period from at least November 9, 2015 through at least November 4, 2018, Defendants paid certain employees their straight-time hourly rates for all hours worked, and did not pay the required time and one-half premium rate for overtime hours worked in excess of forty (40) per workweek. Defendants also segregated types of work performed by certain employees during a workweek rather than aggregating all hours worked in order to compute the required pay rate. For instance, Defendants segregated administrative office work from client visit work, and paid certain employees straight-time hourly rates for the administrative work and straight-time hourly rates for the additional client visit work; thus, the certain employees received straight-time hourly pay for all hours worked including hours worked in excess of forty (40) per workweek.

11.     Additionally, Defendants' failure to compensate certain employees for travel time between patients' homes in the same workday, and for travel time between Prestige HCA's administrative office and patients' homes in the same workday also resulted in Defendants not paying employees the required time and one-half premium rate for overtime hours worked in excess of forty per workweek.

12.     Defendants willfully violated the provisions of Sections 11(c) and 15(a)(5) of the Act in that Defendants failed to make, keep, and preserve adequate and accurate records of many of their employees and of the wages, hours, and other conditions of employment which they maintained as prescribed by the regulations issued and found at 29 C.F.R. Part 516.

13.     For example, due to Defendants' practice of failing to compensate their employees for travel time between client visits and/or the office and the client, Defendants failed to keep and preserve payroll records for employees, including accurate records of employee's regular hourly rates of pay, and daily and weekly hours worked. In addition, Defendants failed to keep and maintain accurate records reflecting the amount of overtime hours worked, and the overtime pay due, as a result of their segregation of certain employees' hours by work type (i.e., administrative/office work vs. client visit work) in workweeks wherein the employees worked more than forty (40) hours.

14.     Defendants knew or recklessly disregarded their obligation to pay employees the statutory minimum wage and one and one-half their regular rates for hours worked in excess of forty per workweek. Employees asked and complained to Prestige HCA's management about the failure of Defendants to pay the premium overtime rate and compensation for their travel time. Moreover, Defendants paid certain employees at the required time and one-half premium rate for overtime hours worked in excess of forty (40) per workweek; however, Defendants failed to compensate other certain employees the premium overtime rate pursuant to the Act. Thus, Defendants were aware of the Act's pay requirements but disregarded their obligations with respect thereto.

WHEREFORE, cause having been shown, the Secretary prays for judgment against Defendant:

(1)     For an injunction issued pursuant to Section 17 of the Act permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with Defendants who receive actual notice of any such judgment, from violating the provisions of Sections 6, 7, 11(c), 15(a)(2) and 15(a)(5) of the Act;

5

(2)     For judgment pursuant to Section 16(c) of the Act finding Defendants liable for unpaid minimum wage and overtime compensation due to certain of Defendants' current and former employees listed in the attached Schedule A for the period from at least November 9, 2015 through at least November 4, 2018, and for an equal amount due to certain of Defendants' current and former employees in liquidated damages. Additional amounts of back wages and liquidated damages may also be owed to certain current and former employees of Defendants listed in the attached Schedule A for violations continuing after November 4, 2018, and may be owed to certain current and former employees presently unknown to the Secretary for the period covered by this Complaint, who may be identified during this litigation and added to Schedule A;

(3)     For an injunction issued pursuant to Section 17 of the Act restraining Defendants, their officers, agents, employees, and those persons in active concert or participation with Defendants, from withholding the amount of unpaid minimum wages and overtime compensation found due defendants' employees;

(4)     In the event liquidated damages are not awarded, for an Order awarding prejudgment interest computed at the underpayment rate established by the Secretary of the Treasury pursuant to 26 U.S.C. § 6621.

FURTHER, Plaintiff prays that this Honorable Court award costs in his favor, and an order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

Mailing Address:                    **UNITED STATES DEPARTMENT OF LABOR**

U.S. Department of Labor            Elena Goldstein
Office of the Regional Solicitor    Acting Solicitor of Labor
1835 Market Street, Mailstop SOL/22
Philadelphia, PA 19103-2968         Oscar L. Hampton III
                                    Regional Solicitor
(215) 861-5121 (main voice)
(215) 861-5162 (fax)

Date: June 7, 2021                  Adam F. Welsh
                                    Regional Wage and Hour Counsel

                                    */s/* Angela H. France
                                    Angela H. France,
                                        Admission per Local Rule 83.5(e)
                                    VA #46862; DC #488919
                                    Trial Attorney
                                    201 12th Street South, Suite 401
                                    Arlington, Virginia 22202
                                    Tel: 202.693.9359 | Fax: 202.693.9392

                                    *Attorneys for Plaintiff*

**Schedule A to Complaint**

| Last Name | First Name |
|---|---|
| Abrahamyan | Aram |
| Abramian | Stella |
| Abramian | Valeri |
| Abramova | Elvira |
| Abramova | Tatiana |
| Agafonova | Liodmila |
| Akhmedova | Zarrina |
| Akinmusire | Bronda |
| Akselrod | Polina |
| Alafyeva | Galina |
| Alafyeva | Yelena |
| Aleynikov | Irene |
| Alimzhanov | Volodymyr |
| Alimzhanova | Nadiia |
| Allen | Brenda |
| Almodovar | Marie |
| Andreyeva | Alla |
| Andujar | Julian |
| Anishina | Tatiana |
| Aristov | Viktoria |
| Arsiriy | Ivan |
| Arsiriy | Valentina |
| Asanova | Raziya |
| Astreika | Katsiaryna |
| Astreika | Tatsiana |
| Austin | Marcella |
| Avadiaeva | Lioubov |
| Avella | Shakeena |
| Avery | Gesell |
| Babaeva | Liliya |
| Balaban | Olena |
| Balashova | Svetlana |
| Balini | George 'Giorgi Balaiashvili' |
| Balter | Nataliya |
| Banchenko | Nataliia |
| Banina | Ella |
| Baranov | Maxim |
| Barren | Ronnice |

| Barret | Prenesia |
|---|---|
| Bavrovska | Oksana |
| Belorusets | Renata |
| Belyavsky | Emily |
| Berdnikov | Alexandr |
| Bernadsky | Pavel |
| Black | Schinita |
| Bondarenko | Vera |
| Borzenko | Tatyana |
| Bosechko | Tatiana |
| Boultz | Emir |
| Boyko | Halyna |
| Brenchaninova | Valentina |
| Brodsky | Bogdana |
| Brodsky | Nadezhda |
| Brown | Raheem |
| Brown | Yanessa |
| Brucker | Elena |
| Bryant | Crystal |
| Bryant | Miesha |
| Buchila | Tatyana |
| Bullins | Cameillia |
| Bullock | Nicole |
| Bullock | Sabrina |
| Bullock | Sarina |
| Burroughs | Terrell |
| Burrows | Chardey |
| Butovskaya | Alla |
| Bychik | Yana |
| Bykov | Rita |
| Callahan | Olena |
| Chachanets | Siarhei |
| Chavis | Valerie |
| Chen | Guo |
| Chornii | Mariia |
| Chornodola | Iryna |
| Chumak | Tanya |
| Chumakova | Iryna |
| Clowney | Stephanie |
| Colomoiteva | Irina |
| Cravciuc | Zinaida |

| | |
|---|---|
| Cruz | Edward |
| Cuvsinov | Elena |
| Danilchenko | Bronislava |
| Dankulich | Lyubov |
| Darsel | Natalya |
| Datsko-Masyuk | Natalie |
| Davis | Antoinette |
| Davis | Charmain |
| Davis | Kia |
| Davydova | Svitlana |
| Decena | Christy |
| Delvalle | Renaldo |
| Dembitska | Galina |
| Demchenko | Svetlana |
| Devinsky | Bertrum |
| Devinsky | Inna |
| Devinsky | Paul |
| Devinsky | Yury |
| Dilshod | Joraev |
| Diyanov | Mikhael |
| Diyanov | Ruslan |
| Diyanova | Svetlana |
| Dlikman | Tatyana |
| Dolitsky | David |
| Drubich | Julia |
| Dubinsky | Benjamin |
| Dubrouskaya | Yuliya |
| Dume-Charles | Marie |
| Dyak | Lyudmila |
| Ebron | Sharmaine |
| Eismant | Maryia |
| Emgush | Gelana |
| Entina | Marina |
| Fayzulloeva | Farangiz |
| Federov | Marina |
| Fedorchenko | Raisa |
| Fedorchenko | Valery |
| Fedorchenko | Larysa |
| Fedorova | Iuliia |
| Fennell-Smith | Renita |
| Fields | Nicole |

| | |
|---|---|
| Filipova | Zhanna |
| Flerova | Vasilisa |
| Fleyshman | Margarita |
| Fomenkova | Tatiana |
| Fox | Courtney |
| Fox | Elizabeth |
| Fryson | Sarah |
| Fytsyk | Galyna |
| Gafurdzanova | Valentina |
| Gali | Lidiya |
| Garanina | Malvina |
| Garber | Valentina |
| Garkusha | Liliya |
| Garland | Dwight |
| Gasiewski | Andrew |
| Gerega | Igor |
| Gerega | Oksana |
| Gershman | Abigail |
| Gershman | Milana |
| Gitelman | Veronika |
| Gitman | Mary |
| Gitman | Rimma |
| Glenn | Wynita |
| Glover | Gwen |
| Godovsky | Ilya |
| Gogokhia | Lasha |
| Golant | Vladimir |
| Goldberg | Mila |
| Goldberg | Sergei |
| Golosheva | Niina |
| Golyakov | Alla |
| Golyakov | Sergey |
| Gongalo | Tetyana |
| Gonzalez | Juliana |
| Gorodetsky | Ella |
| Goykhman | Vladimir |
| Graves | Lorraine |
| Green | Omar |
| Gubov | Irina |
| Guk | Zinaida |
| Guller | Ella |

| | |
|---|---|
| Gurina | Alexandra |
| Gushchyna | Tetian |
| Gusovsky | Larisa |
| Hagans | Jaleel |
| Halsey | Katterra |
| Halsey | Wilhelmina |
| Hampton | Charlotte |
| Harriott | Suzette |
| Hartsock | Chelsey |
| Hayles | Jacqueline |
| Hersh | Lyubov |
| Holloway | Sonia |
| Holmes | Monica |
| Holova | Mavsuma |
| Howard | Arrius |
| Howard | Sarina |
| Howard | Shanikwa |
| Hron | Stepan |
| Hron | Zoryana |
| Hrozyk | Oksana |
| Hrudzinskaya | Liudmila |
| Huang | Jianghua |
| Huang | JieYi |
| Hubbard | Aaron |
| Hudz | Lyudmyla |
| Hudz | Yuriy |
| Huynh | Thu |
| Ibodova | Firuza |
| Igdalov | Marianna |
| Ilishayeva | Gulnara |
| Iordanska | Liliya |
| Irvin | Carmika |
| Isakova | Valeriya |
| Ismailova | Zhamila |
| Ivanov | Yuriy |
| Ivanova | Alla |
| Ivanovska | Rayisa |
| Izerkina | Irada |
| Janikashvili | Nino |
| Jarrett | Brian |
| Jin | Jing |

| Jin | Ying |
|---|---|
| Johnson | Yvonne |
| Julius | Saneyah |
| Kachkachashvili | Manana |
| Kadysheva | Galina |
| Kalandadze | Luiza |
| Kalantyrsky | Yakov |
| Kalin | Vera |
| Kalitina | Maria |
| Kanavalava | Zinaida |
| Kanitska | Olha |
| Kantor | David |
| Kantor | Irene |
| Kantor | Maria |
| Kapyloff | Lyudmila |
| Karch | Amanda |
| Karob | Galina |
| Karob | Illona |
| Karpachev | Lina |
| Karpachev | Olga |
| Karpchuk | Galyna |
| Kartaseva | Katerina |
| Kasymalieva | Gulnara |
| Kelley | Denise |
| Kendrick | Joan |
| Kerchentseva | Lioudmila |
| Khachatryan | Artur |
| Khikmatullaeva | Madinabonu |
| Khorkova | Svitlana |
| Khrupin | Alexey |
| Khudaynatov | Marina |
| Kilisev | Tatyana |
| Kin | Lauren |
| Kinard | Tanaya |
| Kisilev | Tatyana |
| Kisilev | Valeri |
| Klimin | Irena |
| Klimov | Rochelle |
| Klimov | Victor |
| Kniazieva | Olena |
| Kofman | Lana |

| | |
|---|---|
| Kogan | Victoriya |
| Kopylov | Gennady |
| Korotkin | Gennadiy |
| Koshelev | Vadim |
| Kostiv | Olga |
| Kosulya | Galina |
| Kotlyar | Emma |
| Koval | Andriy |
| Koval | Liliya |
| Kozhukhar | Iryna |
| Kozlov | Valentin |
| Kozlova | Olga |
| Kozorovitskaya | Tatyana |
| Kozubska | Natalia |
| Krastanov | Zoya |
| Kruglik | Helen |
| Kruglikov | Galina |
| Kucherenko | Anna |
| Kukava | Jambul |
| Kulikov | Vitaly |
| Kurylovych | Yuriy |
| Ladyzhensky | Nana |
| Ladyzhensky | Vitaly |
| Lakeev | Irina |
| Laskarevsky | Svetlana |
| Lazarev | Anna |
| Lazor | Halyna |
| Leonov | Aleksander |
| Leonova | Elena |
| Lepisova | Larisa |
| Lewis | Anita |
| Lewis | Derrick |
| Li | Deming |
| Li | LanXiu |
| Li | Liudmila |
| Li | ShaoLian |
| Liberman | Paula |
| Liberman | Svetlana |
| Liberman | Yan |
| Lihon | Sergey |
| Likhokon | Vita |

| | |
|---|---|
| Likhokon | Yuriy |
| Lim | Teresa |
| Lisova | Nadiya |
| Lisovaya | Ellen |
| Litvinova | Yulia |
| Liu | YueXi |
| Livak | Elizabeth |
| Livshits | Lyudmila |
| Lobeyeva | Tatyana |
| Loginova | Nataliya |
| Lomazova | Ruslana |
| Lomidze | Zamira |
| Loun | Nazar |
| Lukanina | Alla |
| Lukovsky | Anna |
| Lukovsky | Inna |
| Lukyanov | Viktor |
| Lukyanova | Olga |
| Lukyanova | Maria |
| Luo | Yaling |
| Lyles | India |
| Lyles | Rasheida |
| Madiarova | Jibek |
| Magid | Margarita |
| Mai | Lizhen |
| Mai | Yiqi |
| Makarevskaya | Natalya |
| Makhmadiyarov | Abdulla |
| Makhmadiyrova | Makhsuda |
| Makhmudova | Intizora |
| Maksymyshyn | Oksana |
| Malashchak | Oleksandra |
| Malashchak | Roman |
| Malashkevich | Dzmitry |
| Malone | Rasheedah |
| Malozovsky | Irene |
| Malyh | Olga |
| Malyuha | Ivan |
| Mammadova | Esmira |
| Manashvili | Nugzar |
| Marcinkevica | Irina |

| | |
|---|---|
| Margolin | Ilya |
| Margolina | Anna |
| Marshall | Shirley |
| Marta | Svetlana |
| Marti | Tanya |
| Martoncik | Natalya |
| Marzaevo | Aisha |
| Masuma | Holova |
| Masyuk | Sergiy |
| Mayer | Lena |
| Mccall | Etta |
| McCall | Fatima |
| McNeal | Shakira |
| Melinyshyn | Larysa |
| Melinyshyn | Vasyl |
| Merchanska | Olga |
| Metelkova | Maria |
| Mikuta | Liudmila |
| Mikuta | Valery |
| Mills | Erica |
| Mills | Talana |
| Mirzayeva | Aysha |
| Moore | Naira |
| Moretsky | Irene |
| Moskalev | Marina |
| Mukambetova | Svetlana |
| Mumladze | Irine |
| Muradova | Nana |
| Murjikneli | Elene |
| Murphy | Shantwon |
| Mursalova | Leyla |
| Murzakhasymova | Nargiza |
| Nakonechna | Ganna |
| Narzikulova | Firuza |
| Natalchenko | Natalia |
| Nazario | Ana |
| Nesmith | Doritha |
| Nikitine | Alexandre |
| Nikolaenko | Ilia |
| Nisenn | Isabella |
| Nisenzon | Maria |

| | |
|---|---|
| Nisenzon | Yuri |
| Norboyeva | Shakhlojon |
| Nurmatova | Dilnoza |
| Odlyvanska | Larisa |
| Oganyan | Mger |
| Oksana | Gerega |
| Olkhova | Marina |
| Oreshko | Vitaly |
| Padabed | Halina |
| Pagan Fred | Nereidilys |
| Panic | Dijana |
| Pankov | Yury |
| Panov | Michail |
| Paraskevich | Valentina |
| Parks | Michell |
| Paster | Stephanie |
| Pastukh | Iryna |
| Pastukh | Tetiana |
| Patapovich | Tatsiana |
| Pekarev | Ilya |
| Peng | Miao Cheng |
| Pepovich | M |
| Perednik | Inna |
| Peters | Tatyana |
| Petoukhova | Natalia |
| Piatsirychenka | Ina |
| Pierre | Nardine |
| Pjevac | Cedomir |
| Pjevac | Mirsada |
| Plaksina | Tatiana |
| Plitt | Ludmila |
| Podoksik | Maya |
| Pogoretsky | Anatoly |
| Polishchuk | Galina |
| Polishuk | Melia |
| Polishuk | Oscar |
| Popovych | Mariia |
| Poukhalskii | Orest |
| Prevezentseva | Iryna |
| Primak | Lyudmila |
| Prisiyan | Tatyana |

| | |
|---|---|
| Prisiyan | Kristina |
| Pukiene | Vaiva |
| Purits | Yelena |
| Pusan | Marina |
| Rahozha | Volha |
| Rakovich | Liudmila |
| Ramos | Yvette |
| Raskovich | Marina |
| Rasulova | Nigora |
| Rednikov | Zoya |
| Revens | Melissa |
| Reynolds | Teisha |
| Reznik | Alla |
| Riggins | Andrea |
| Riley | Christina |
| Ritvin | Eugenia |
| Rivera | Erica |
| Rivera | Jose |
| Rivera | Madelyn |
| Rizhkov | Igor |
| Robinson | Janae |
| Roman | Ashley |
| Romanko | Mara |
| Rosik | Olga |
| Rossolova | Mariya |
| Royter | Gregory |
| Rozdobudko | Tatyana |
| Rozmetov | Daniel |
| Rubin | Maria |
| Rubin | Marina |
| Ruiz | Mariela |
| Ruiz | Stephanie |
| Rupsiene | Dalia |
| Russy | Larisa |
| Rusyn | Oksana |
| Ruzmetova | Parvinoz |
| Saakyan | Milana |
| Saakyan | Olga |
| Samiyeva | Kamola |
| Samoilova | Irina |
| Samukashvili | Nanuli |

| | |
|---|---|
| Samulyak | Mariya |
| Sanchyn | Ivanna |
| Santiago-Felton | Francisca |
| Sapozhnikov | Leonid |
| Sarbu | Olga |
| Sarbu | Sviatlana |
| Segalov | Nina |
| Serbulov | Alexander |
| Shamsiyeva | Zulfiya |
| Shapiro | Jacklyn |
| Shchogol | Alona |
| Shchupak | Dimitry |
| Shchupak | Rimma |
| Sherkulova | Ugiloy |
| Shirinova | Nadezhda |
| Shishkin | Val |
| Shkurman | Raisa |
| Shkurman | Vladimir |
| Shliakhova | Alina |
| Shliakhova | Zhanna |
| Shliakovska | Olga |
| Shmunikova | Galina |
| Shodipo | Suzie |
| Shostak | Sergey |
| Shostak | Tetyana |
| Shteynberg | Alexsandr |
| Shteynberg | Marina |
| Simonyan | Eduard |
| Skaruk | Maryna |
| Skorich | Altynai |
| Slutski | Galina |
| Smallwood | Kim |
| Smirnova | Lyudmila |
| Sourkova | Irina |
| Sovenko | Olesia |
| Starossekova | Valentina |
| Stevenson | Valeria |
| Stupen | Halyna |
| Sun | Xiaojun |
| Svensson | Olga |
| Svinin | Aliaksei |

| | |
|---|---|
| Sweeney | Daniel |
| Szulc | Anna |
| Tabach | Irene |
| Tam | Sunny |
| Tarasova | Margarita |
| Tarasova | Nadezhda |
| Tarkhanova | Laura |
| Temoff | Jane |
| Teplitski | Vitali |
| Tetelman | Aleksandr |
| Tetruashvily | Diana |
| Tetymenko | Volodymyr |
| Thomas | Dawn |
| Thompson | Tamika |
| Tillman | Natika |
| Tkach | Rada |
| Tkach | Valerie |
| Toldina | Nina |
| Troche | Abiud |
| Trofymchuk | Lyudmyla |
| Tsyuman | Lybov |
| Tucker | Leslie |
| Tugluk | Galyna |
| Tur | Ivan |
| Tur | Mariya |
| Turbovsky | Galina |
| Turbovsky | Yevgeniya |
| Turobova | Fariza |
| Tyutyunikova | Lyudmila |
| Tyutyunnikova | Irina |
| Tyutyunnikova | Simonna |
| Ulanova | Larisa |
| Ulzinow | Guiliana |
| Umarova | Lola |
| Uniyat | Yaroslava |
| Usmonova | Yoqutoy |
| Vabnik | Inna |
| Varavko | Madina |
| Vasilevitskiy | Iuliia |
| Vasilyeva | Raisa |
| Vasylkiv | Myron |

| Vasylkiv | Svitlana |
|---|---|
| Vasylkiv | Yeva |
| Vinogradski | Eduard |
| Vishnevetsky | Olga |
| Volosov | Diana |
| Voznyak | Alla |
| Vulfin | Maria |
| Wainberger | Svetlana |
| Wieczorek | Malgorzata |
| Wiggins | Danielle |
| Williams | Brandy |
| Williams | Clarissa |
| Woolfolk | Cynthia |
| Xu | Lisheng |
| Yampolsky | Natalie |
| Yanishevska | Olha |
| Yujanov | Ellen |
| Yujanov | Maria |
| Yurchyshyn | Oksana |
| Yurovskaya | Stella |
| Zabegay | Irina |
| Zak | Regina |
| Zamanova | Lala |
| Zeldich | Marina |
| Zhang | Xiaoying |
| Ziatsikava | Liudmila |
| Zubov | Egor |