# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECRETARY OF LABOR MARTIN J. WALSH** | : | CIVIL ACTION |
| *United States Department of Labor*, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **NURSING HOME CARE MANAGEMENT INC., et al.,** | : | |
| *Defendants.* | : | NO. 21-cv-02583 |

## ORDER

**AND NOW**, this **22ⁿᵈ** day of **April 2022**, following yesterday's status conference and in accordance with the parties and the Court's discussion during same, it hereby **ORDERED** that the Order dated April 12, 2022 is hereby **VACATED** as to the Motion to Compel (ECF No. 23). Defendant must submit its Response to the Motion to Compel, if any, on or before **Monday, May 2, 2022**. Plaintiff may submit its Reply, if any, on or before **Monday, May 9, 2022.**

In addition, counsel for Defendants must establish whether its client's structured database system holding employee identifying information, compensation and hours worked by employees, and other responsive data can be copied and provided to Plaintiff in its digital format. Counsel for Defendants should also indicate whether the PDFs provided to Plaintiff are derived from that database and contain any necessary metadata. Defendants are not *at this time* required to supply access to such database, however counsel must include in its Response to the Motion to Compel briefing on this issue. Plaintiff may likewise supply its own briefing in its Reply. The Court shall review the briefings and decide whether the PDFs and hard copy records previously provided are sufficient or whether Defendants must provide access to the database.

BY THE COURT:

/s/ Chad F. Kenney

---

**CHAD F. KENNEY, JUDGE**