IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECRETARY OF LABOR MARTIN J. WALSH** | : | **CIVIL ACTION** |
| *United States Department of Labor*, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **NURSING HOME CARE MANAGEMENT INC., et al.,** | : | |
| *Defendants.* | : | **NO. 21-cv-02583** |

## ORDER

**AND NOW**, this **24th** day of **August 2022**, upon consideration of Defendants' Motion to Strike Assertions of Privilege and Compel Production of Withheld Documents and Information (ECF No. 46), Plaintiff's Response in Opposition (ECF No. 48), Defendants' Reply (ECF No. 49) and Plaintiff's Sur-reply (ECF No. 53), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1