IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECRETARY OF LABOR MARTIN J. WALSH** | : | **CIVIL ACTION** |
| *United States Department of Labor*, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **NURSING HOME CARE MANAGEMENT INC., et al.**, | : | |
| *Defendants.* | : | **NO. 21-cv-02583** |

# ORDER

**AND NOW,** this **12th** day of **May 2023**, upon consideration of Defendants' Motion for Partial Summary Judgment (ECF No. 88), Plaintiff's Response in Opposition (ECF No. 93), and Defendants' Reply (ECF No. 103), it is **hereby ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

1