IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECRETARY OF LABOR MARTIN J. WALSH** | : | **CIVIL ACTION** |
| *United States Department of Labor*, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **NURSING HOME CARE MANAGEMENT INC., et al.,** | : | |
| *Defendants.* | : | **NO. 21-cv-02583** |

# ORDER

**AND NOW,** this **29th** day of **June 2023**, upon consideration of Defendants' Motion to Alter or Amend Judgment (ECF No. 128), Plaintiff's Opposition to the Motion (ECF No. 132), and Defendants' Reply (ECF No. 135), it is **hereby ORDERED** that the Motion is **DENIED**.

                BY THE COURT:

                /s/ Chad F. Kenney
                _____
                CHAD F. KENNEY, J.