## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

LORI CHAVEZ-DEREMER [1],                              )
SECRETARY OF LABOR                                   )
UNITED STATES DEPARTMENT OF LABOR,    )
                                                     )
    Plaintiff,                                   )
                                                     )
v.                                                   ) Civil Action No. 21-cv-2583-CFK
                                                     )
NURSING HOME CARE MANAGEMENT INC.    )
d/b/a PRESTIGE HOME CARE AGENCY,             )
AND ALEXANDER DORFMAN,                       )
                                                     )
    Defendants.                                )
_____ )

## NOTICE OF SATISFACTION OF MONETARY JUDGMENT

A final Judgment in favor of Plaintiff, Secretary of Labor, was issued in the instant matter

on May 12, 2023, finding Nursing Home Care Management, Inc. d/b/a Prestige Home Care

Agency, and Alexander Dorfman (hereinafter "Defendants"), jointly and severally liable to their

employees for $3,538,360.72 in back wages and $3,538,360.72 in liquidated damages for willful

violations of the overtime provisions of the FLSA, 29 U.S.C. § 207(a). ECF 124.  Accordingly,

the Court entered a monetary judgment in favor of the Plaintiff in the amount of $7,076,721.44

and awarded injunctive relief. _Id_.

Plaintiff hereby acknowledges that Defendants have satisfied the monetary portion of the

judgment as set forth above.

---

[1] Secretary Chavez-DeRemer is hereby substituted as Plaintiff in this matter. _See_ Fed. R. Civ. P.
25(d).

Respectfully submitted,

Mailing Address:                               **UNITED STATES DEPARTMENT OF LABOR**

U.S. Department of Labor                       Jonathan Berry
Office of the Regional Solicitor               Solicitor of Labor
1835 Market Street
Mailstop SOL/22                                Samantha N. Thomas
Philadelphia, PA 19103                         Regional Solicitor
(215) 861-5037 (voice)
(215) 861-5162 (fax)                           Adam Welsh
mckenna.sharon.h@dol.gov                       Regional Counsel for Wage Hour


                                               _/s/ Sharon H. McKenna_
Date: January 12, 2026                         Sharon H. McKenna
                                               Senior Trial Attorney
                                               Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on January 12, 2026, I electronically filed the foregoing *Notice of*

*Satisfaction of Monetary Judgment* with the Clerk of Court by using the CM/ECF, and served

foregoing by e-mail to the following:

<u>Counsel for the Respondent</u>
Brett A. Berman
BBerman@foxrothschild.com
Colin Dougherty
CDougherty@foxrothschild.com
Shannon O'Malley
SOMalley@foxrothschild.com
Fox Rothschild LLP
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103

                                        */s/ Sharon H. McKenna*___
                                        Sharon H. McKenna
                                        Senior Trial Attorney
                                        Office of the Regional Solicitor – Region III
                                        U.S. Department of Labor
                                        1835 Market Street, Mailstop SOL/22
                                        Philadelphia, PA 19103
                                        mckenna.sharon.h@dol.gov